*R #15/131  $3.41*

Date: 10/14/10　　　　　**DIVIDENDS REMITTED TO THE COURT**　　　　　Page: 1

Case Number 07-17879 - BUTCHER, HEIDI M.

| Creditor | Claim No. | Check # | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| CJ Critical Care<br>275 Curry Hollow Rd.<br>Pittsburgh, PA 15236 | 000001 | 107 | 25.00 | 3.41 |
| ---------- Remittance Total --------------- | | | **25.00** | **3.41** |

*[signature]*
ALAN J. TREINISH, TRUSTEE


FILED 10 OCT 15 PM 12:09

COURT1　　　Printed: 10/14/10 11:03 AM　　Ver: 16.00
07-17879-pmc    Doc 55    FILED 10/15/10    ENTERED 10/15/10 12:18:27    Page 1 of 1